UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 06 2017 ★
LONG ISLAND OFFICE

| | |
|---|---|
| DONOVAN J. CLARKE on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SELIP & STYLIANOU, LLP<br>Defendant. | Civil Action No. 2:17-cv-03270 JMA-ARL<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for the Plaintiff and Defendant in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action and all claims that were or could have been made herein by (a) Plaintiff, in their individual capacity, are herby dismissed with prejudice, without costs to any party as against any other, and with each party bearing its own legal costs and expenses, and; (b) the proposed Putative Class, defined in the Complaint, are dismissed without prejudice, without costs to any party against any other, and with each party bearing its own legal costs and expenses.

**IT IS HEREBY FUTHER AGREED,** that this stipulation may be filed, without further notice, with the Court and may be executed by facsimile.

Dated: Floral Park, NY
September 5, 2017

| | |
|---|---|
| /s/ Ryan Gentile | /s/ Sestino Steven Barone |
| Ryan Gentile, Esq.<br>Law Offices of Gus Michael Farinella, PC<br>110 Jericho Turnpike<br>Suite 100<br>Floral Park, NY 11001<br>Tel: (212) 675-6161<br>*Attorney for Plaintiff, Donovan J. Clarke on behalf of himself and all others similarly situated* | Sestino Steven Barone, Esq.<br>Selip & Stylianou, LLP<br>199 Crossways Park Drive<br>PO Box 9004<br>Woodbury, NY 11797-9004<br>*Tel: 516-364-6006*<br>*Attorney for the Defendant* |

Case Closed.
So Ordered.

September 6, 2017